## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 8/23/00    TIME: 10:00 AM

DEFT. MARK ALAN WORTMAN (J)    CASE NO. 00-5195-johnson

*Lothrop Morris for*

AUSA. DONALD CHASE    ATTY. _____

AGENT. THOMAS MASTERS - DEA    VIOL. PWID MARIJUANA
                                     21:841(a)(1)

PROCEEDING  INITIAL    BOND. PTD (GOVT REQUEST)

DISPOSITION  Defendant advised of rights.
Michael Matters appointed as counsel of Record.
Government requested Pretrial Detention.
Pretrial Detention hearing set 8/28/00 in Ft. Lauderdale.
Preliminary/Arraignment set $ 9/6/00 in Ft. Laud.

FILED by ___ D.C.
AUG 23 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Date: 8/23/00    Tape: LRJ-00-72-1871    3/4