UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6249 CR-ROETTGER

21 U.S.C. §846
18 U.S.C. §2

**MAGISTRATE JUDGE SNOW**

UNITED STATES OF AMERICA,  )
)
vs.                         )
)
MARK ALAN WORTMAN,          )
a/k/a/ "Shorty"             )
)
            Defendant.      )
_____)

INDICTMENT

The Grand Jury charges that:

On or about August 22, 2000, at Broward and Palm Beach County, in the Southern District of Florida, the defendant,

MARK ALAN WORTMAN,
a/k/a/ "Shorty"

did knowingly and intentionally attempt to possess with intent to distribute a Schedule I controlled substance, that is, in excess of one hundred (100) kilograms of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

FORFEITURE SECTION

1. The allegations contained in this indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. The defendant MARK ALAN WORTMAN, a/k/a/ "Shorty", upon conviction of violating 21 U.S.C. §846 as alleged in this indictment, shall forfeit to the United States any property constituting or derived from, any proceeds which the defendant MARK ALAN WORTMAN, a/k/a/ "Shorty", obtained, directly or indirectly, as the result of such violation; and

any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of such violation, all in accordance with 21 U.S.C. §853(a)(1) and (a)(2).

3. Such forfeitures shall include, but are not limited to the following:

    (a) $160,000 in United States currency seized on August 22, 2000.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred, or sold to, or deposited with a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek the forfeiture of any other property of defendant up to the value of the above-described foreitable property.

A TRUE BILL

*Leonard* [signature]
FOREPERSON

[signature]
GUY A. LEWIS
UNITED STATES ATTORNEY

[signature]
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: __MARK ALAN WORTMAN__          No.:_____

Count #I:
Attempt to possess with the intent to distribute in excess of 100 kilograms of marijuana

21 U.S.C. §846

*Max Penalty: Forty (40) years' imprisonment; $2,000,000 fine; mandatory minimum imprisonment term of five (5) years.


Count #: II




Count #:


*Max Penalty:


Count #:


*Max Penalty:


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| MARK ALAN WORTMAN, a/k/a "Shorty" | |

**Superseding Case Information**:

**Court Division**: (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)     Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _NO_
   List language and/or dialect _ENGLISH_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I    0 to 5 days       _X_        Petty      ___
   II   6 to 10 days      ___        Minor      ___
   III  11 to 20 days     ___        Misdem.    ___
   IV   21 to 60 days     ___        Felony     _x_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge:                                Case No.
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No.     00-5195-Johnson
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of    August 22, 2000
   Defendant(s) in state custody as of
   Rule 20 from the                         District of

   Is this a potential death penalty case? (Yes or No) _____ NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077

\*Penalty Sheet(s) attached                                           REV.6/27/00