| | | | |
|---|---|---|---|
| DEFT: | Mark Alan Wortman (J)# | CASE NO: | 00-6249-CR-NCR 00-5195-Johnson |
| AUSA: | Don Chase /Stefin | ATTNY: | Michael Matters *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment | BOND REC: | |
| BOND HEARING HELD – yes/no | | COUNSEL APPOINTED: | |

____ BOND SET @

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ____ Halfway House
    ____ Electronic Monitoring

FILED by ___ D.C.
SEP 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of indictment **waived** ✓
Not Guilty plea **entered**
Jury trial demanded
Standing Discovery Order requested

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 9-21-00 | 11:00 an | Snow |
| DATE: 9-6-00 | TIME: 11:00am | TAPE # 00-071 | PG # 3 |

551-600

6/an