

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6249-CR-Roettger

UNITED STATES OF AMERICA

vs
Mark Alan Wortman

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 9-6-00 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| DEFENDANT: | Address: | In Custody |
| --- | --- | --- |
| | Telephone: | |
| DEFENSE COUNSEL: | Name: | Michael Matters |
| | Address: | |
| | Telephone: | |
| BOND SET/CONTINUED: | $ | Cont'd in custody |

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __6__ day of __September__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-07_

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services