HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by ___ D.C.
SEP 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __STEPHEN DEBELOTTE_____ CASE NO: __00-6239-CR-DIMITROULEAS__
AUSA __ROGER POWELL by Larry Bardfeld__ ATTY __FPD - Patrick Hunt__
Tape # 00-050
- Discovery out
- plea negotiations

DEFT __JAMES McDONALD_____ CASE NO: __99-8154-CR-ZLOCH__
AUSA __CAROLYN BELL by Larry Bardfeld__ ATTY __MIKE COHEN, ESQ.__
Tape # 00-050
- Discovery out
- plea negotiations

DEFT __ESROM WILLIAMS_____ CASE NO: __00-6230-CR-DIMITROULEAS__
AUSA __BERTHA MITRANI by Larry Bardfeld__ ATTY __STEPHEN ROSEN, ESQ.__
Tape # 00-050
- Discovery out
- motion to continue filed
- 4-6 + apes.

DEFT __JOSEPH SPITALARI_____ CASE NO: __00-6206-CR-ZLOCH__
AUSA __LARRY LAVECCHIO_____ ATTY __BRIAN BIEBER, ESQ.__
Tape # 00-050
- Discovery out
- 4 day to try
- No audio tapes

DEFT __MARK ALAN WORTMAN_____ CASE NO: __00-6249-CR-ROETTGER__
AUSA __DON CHASE_____ ATTY __MICHAEL MATTERS, ESQ.__
Tape # 00-050
- Discovery out     - plea negotiations
- no motions
- 3-4 day trial

DEFT __RAMIN BAHARMAS_____ CASE NO: __00-6241-CR-ZLOCH__
AUSA __ROGER POWELL by Larry Bardfeld__ ATTY __GARY ROSENBERG, ESQ.__

John Cotrone, Esq. for David Applegate

DATE __9-21-00_____ TIME __11:00__
Tape # 00-050 Discovery out
- no motions
- plea negotiations
- 2 audio tapes.