UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6249-CR-ROETTGER

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

MARK ALLAN WORTMAN, :

    Defendant. :

FILED by _____ D.C.
SEP 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on September 21, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was provided on September 11, 2000, except for the lab report, which will be provided upon receipt by the prosecutor.

2. This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 25 day of September, 2000.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Don Chase (FTL)
Michael Matters, Esq.