```
      D.C.
  DEC 1  2000
  CLARENCE MADDOX
  S.D. OF FLA. FT. LAUD.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6249-CR-ROETTGER

UNITED STATES OF AMERICA

v

MARK ALLEN WORTMAN

<u>NOTICE</u>

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>FRIDAY JANUARY 5, 2001 at 2:30 P.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

   CHANGE OF PLEA

CLARENCE MADDOX, CLERK

DATED: 12/12/00

BY: _P. Hart_

Deputy Clerk