HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6249-CR-NCR  Date: 1/5/01
Courtroom Clerk: P. Hart  Court Reporter: Reemes
Probation Officer: ___  Interpreter: ___

Plaintiff(s): M.S.A.  Counsel: Close

Defendant(s): M. Wortman (J)  Counsel: M. Matters

Reason For Hearing: Plea (Ct#1)

Result of Hearing/Judgment: D plead & adj. as guilty. PS O ordered. sent. set Mar. 9, 2001 at 1:30 p.m. D remanded.

Misc.: ___

15/08