FILED by _____ D.C.

MAR 1 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: **00-6249-Cr-NCR**   Date: **3/13/01**
Courtroom Clerk: **P. Hart**   Court Reporter: **Reeves**
Probation Officer: **present**   Interpreter: _____

Plaintiff(s): **U.S.A.**   Counsel: **Thompson for Chase**

Defendant(s): **M. Wortman (J)**   Counsel: **M. Matters**

Reason For Hearing: **Sentencing**

Result of Hearing/Judgment: **No fine imposed. 60 months, assessed $100.00 4 yrs. S.R. Becom: near South FL.**

Misc.: _____