DEFENDANT: **MARK ALAN WORTMAN**
CASE NUMBER: 0:00CR06249-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___60___ month(s) _____.

*Defendant to receive credit for time served.*

☒ The court makes the following recommendations to the Bureau of Prisons:
   Near South Florida

FILED by ___
'01 MAY -9 P3:35
CLARE___

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m. on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on __May 4, 2001__ to __Federal Detention Center, Miami, Fl.__

at __33 NE 4 Street   Miami, Fl.__, with a certified copy of this judgment.

Monica S. Wetzel, Warden
XXXXXXXXXXXXXXXXXX

By _____ J. Maseda, L.I.E.
XXXXXXXXXXX